GARIN LAW GROUP
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
9900 Covington Cross Drive, Suite 210
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
jgarin@garinlawgroup.com

*Attorneys for Defendant*
*Nevada Heart & Vascular Center, LLP*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LORI R. WALLIS, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br>　vs.<br>NEVADA HEART & VASCULAR CENTER, LLP, et al.<br><br>　　　　　　　　Defendants, | Case No: 2:25-cv-1149-GMN-MDC<br><br>**STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT (FIRST REQUEST)** |

　　　　Pursuant to LR IA 6-1 AND 6-2, Plaintiff, Lori R. Wallis ("Plaintiff"), and Defendant, Nevada Heart & Vascular Center, LLP ("NHVC"), (altogether, the "Parties"), hereby stipulate and agree to extend NHVC's response date to Plaintiff's Class Action Complaint up to and including August 22, 2025. The Parties further state:

　　　　WHEREAS, Plaintiff commenced this action by filing a Class Action Complaint on June 26, 2025 in the United States District Court for the District of Nevada against NHVC [Doc. 1]. On July 2, 2025, a representative of NHVC was personally served with the Complaint [Doc. 10]. Accordingly, NHVC's current response date is July 23, 2025, pursuant to Federal Rule of Civil Procedure 81(c)(2)(C).

　　　　WHEREAS, this is the first stipulation for extension of NHVC's time to file a response to Plaintiff's Class Action Complaint;

　　　　WHEREAS, this matter is one of four (4) currently known related putative class

1  actions recently filed in this Court against NHVC, all arising out of a data incident
2  suffered by Defendant Effortless Office Enterprises, LLC. Those actions are (1) Laurana
3  Smith v. Effortless Office Enterprises, LLC, et al. (2:25-cv-01123); (2) Gia Nguyen v.
4  Effortless Office Enterprises, LLC, et al. (2:25-cv-01134); (3) Rick Obringer v. Effortless
5  Office Enterprises, LLC, et al. (2:25-cv-01142); and (4) Lori Wallis v. Effortless Office
6  Enterprises, LLC, et al. (2:25-cv-01149).[1]

7  WHEREAS, On July 21, 2025, Plaintiff filed a Motion to Consolidate (ECF No.
8  15). Accordingly, the Parties request this Stipulated Extension to allow time for the
9  plaintiffs in these related actions to obtain consolidation and file a consolidated class
10 action complaint to which NHVC may then respond.

11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///

---

[1] There are two additional related matters filed solely against Effortless Office Enterprises, LLC: Waudby v. Effortless Office Enterprises, LLC (2:25-cv-1135) and Russo v. Effortless Office Enterprises, LLC (2:25-cv-1145).

1  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that:

2  1. Defendant NHVC's deadline to file a response to Plaintiff's Class Action Complaint shall be extended up to and including August 22, 2025.

IT IS SO STIPULATED.

DATED this 28th day of July, 2025.

| STRANCH, JENNINGS & GARVEY PLLC | GARIN LAW GROUP |
|---|---|
| By: /s/ Nathan R. Ring<br>NATHAN R. RING, ESQ.<br>Nevada Bar No. 12078<br>3100 W. Charleston Blvd., Ste. 208<br>Las Vegas, NV 89102<br>nring@stranchlaw.com<br><br>COHEN & MALAD, LLP<br>Lynn A. Toops, Esq.<br>Amina A. Thomas, Esq.<br>One Indiana Square, Ste. 1400<br>Indianapolis, IN 46204<br>ltoops@cohenandmalad.com<br>athomas@cohenandmalad.com<br><br>*Attorneys for Plaintiff Lori R. Wallis* | By: _____<br>JOSEPH P. GARIN, ESQ.<br>Nevada Bar No. 6653<br>9900 Covington Cross Drive, Suite 210<br>Las Vegas, NV 89144<br>Phone: (702) 382-1500<br>Fax: (702) 382-1512<br>jgarin@garinlawgroup.com<br><br>*Attorneys for Defendant*<br>*Nevada Heart & Vascular Center, LLP*<br><br>MULLEN COUGHLIN, LLC<br>Paulyne Gardner, Esq.*<br>Bianca A. Valcarce, Esq.*<br>426 W. Lancaster Ave., Suite 200<br>Devon, PA 19333<br>pgardner@mullen.law<br>bvalcarce@mullen.law<br>*pro hac vice forthcoming<br><br>*Attorneys for Defendant*<br>*Nevada Heart & Vascular Center, LLP* |

IT IS SO ORDERED:

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
DATED: 7/29/2025